FILED

AUG 0 9 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  1:18-MJ-00128-EPG |
|---|---|
| Plaintiff, | ORDER TO UNSEAL ~~INDICTMENT~~ *Complaint* |
| v. | |
| TAMILENE CISNEROS, | |
| Defendant. | |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Complaint

filed on July 2, 2018 be unsealed and become public record.

DATED: _8/9/16_

The Honorable Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE