Serita Rios, SBN# 246568
Law Office of Serita Rios
2014 Tulare Street, Suite 600
Fresno, California 93721
Telephone (559) 224-1800
Facsimile (559) 224-1806
serita@seritarioslaw.com

Attorney for Defendant TAMILENE CISNEROS

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No. 1:18-CR-00182-LJO-SKO |
| Plaintiff, | **STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE TO PERMIT OUT OF DISTRICT TRAVEL** |
| vs. | |
| TAMILENE CISNEROS, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the defendant, TAMILENE CISNEROS, through her counsel of record, Serita Rios, and the United States of America, by and through its counsel, Laura Withers, Assistant United States Attorney, that Ms. Cisneros' conditions of release be modified to permit her to travel out of the Eastern District on May 12th through May 14th, 2019.

In support of this stipulation the following is offered:

1. Ms. Cisneros is presently on pretrial supervision and subject to home electronic monitoring with a curfew. Her travel is limited by the conditions of her release.

2. Ms. Cisneros is requesting permission to travel to the Central District of California in order to obtain personal history records that may assist her in obtaining lawful status in the United States.

3. Defense counsel has spoken to Ms. Cisneros' immigration attorney, Richard Cenci, who has explained that he has been unable to obtain these personal history records and believes that Ms. Cisneros may have more success obtaining these records in person.

4. Defense counsel has informed Assistant United States Attorney, Laura Withers, and Pre-Trial Services Officer Guerrero of the specific records which Ms. Cisneros seeks and where she intends to obtain them.

5. Ms. Cisneros is requesting permission to travel from Sunday, May 12th through Tuesday May 14th, 2019.

6. Defense counsel has provided AUSA, Laura Withers, and Officer Guerrero with the address of the relative's home where Ms. Cisneros will stay during her travel.

7. Ms. Cisneros' third-party custodian, Maricela Duarte Sanchez, will accompany Ms. Cisneros during her travel.

8. Ms. Cisneros has been in full compliance with her pretrial supervision.

IT IS SO STIPULATED.

Dated: May 2, 2019 /s/ SERITA RIOS

_____
**Serita Rios**
Attorney for Defendant


Dated: May 2, 2019 /s/ LAURA WITHERS

_____
**LAURA WITHERS**
Assistant United States Attorney

**ORDER**

Good cause appearing, the conditions of release for defendant, TAMILENE CISNEROS, shall be modified to permit her to travel out of the Eastern District beginning May 12th, 2019, through May 14th, 2019.

IT IS SO ORDERED.

Dated: **May 6, 2019**             /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE