Serita Rios, SBN# 246568
Law Office of Serita Rios
2014 Tulare Street, Suite 600
Fresno, California 93721
Telephone (559) 224-1800
Facsimile (559) 224-1806
serita@seritarioslaw.com

Attorney for Defendant TAMILENE CISNEROS

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,           ) Case No. 1:18-CR-00182-LJO-SKO
                                        )
                        Plaintiff,      ) **STIPULATION AND ORDER TO**
                                        ) **MODIFY CONDITIONS OF PRETRIAL**
        vs.                             ) **RELEASE TO PERMIT OUT OF**
                                        ) **DISTRICT TRAVEL**
TAMILENE CISNEROS,                      )
                                        )
                        Defendant.      )
_____ )

IT IS HEREBY STIPULATED by and between the defendant, TAMILENE CISNEROS, through her counsel of record, Serita Rios, and the United States of America, by and through its counsel, Laura Withers, Assistant United States Attorney, that Ms. Cisneros' conditions of release be modified to permit her to travel out of the Eastern District on September 16th through September 18$^{h}$, 2019.

In support of this stipulation the following is offered:

1.      Ms. Cisneros is presently on pretrial supervision and subject to home electronic monitoring with a curfew. Her travel is limited by the conditions of her release.

2. Ms. Cisneros is requesting permission to travel to the Central District of California in order to obtain necessary documentation that may assist her in obtaining lawful status in the United States.

3. Ms. Cisneros previously obtained police records from the Santa Ana Police regarding a sexual assault case where she was the victim. After a recent meeting with her immigration attorney, Ms. Cisneros was advised that she needs to request that the Santa Ana Police Department complete U.S. Citizenship and Immigration Services Form I-918, Supplement B, a document which certifies that Ms. Cisneros was a victim of a crime.

4. Defense counsel has informed Assistant United States Attorney, Laura Withers, and Pre-Trial Services Officer Francisco Guerrero of this request and provided the address of the relative's home where Ms. Cisneros will stay during her travel.

5. Ms. Cisneros is requesting permission to travel from Monday, September 16th through, Wednesday, September 18h, 2019.

6. Ms. Cisneros' third-party custodian, Maricela Duarte Sanchez, will accompany Ms. Cisneros during her travel.

7. Ms. Cisneros has been in full compliance with her pretrial supervision.

IT IS SO STIPULATED.

Dated: September 12, 2019 /s/ SERITA RIOS

_____
**Serita Rios**
Attorney for Defendant

Dated: September 12, 2019 /s/ LAURA WITHERS

_____
**LAURA WITHERS**

Assistant United States Attorney

**ORDER**

Good cause appearing, the conditions of release for defendant, TAMILENE CISNEROS, shall be modified to permit her to travel out of the Eastern District beginning Monday, September 16th through, Wednesday, September 18h, 2019, only.

IT IS SO ORDERED.

Dated: __**September 12, 2019**__          _____/s/ *Sheila K. Oberto*_____
                                                                    UNITED STATES MAGISTRATE JUDGE