**Serita Rios, SBN# 246568**
**Law Office of Serita Rios**
**2014 Tulare Street, Suite 600**
**Fresno, California 93721**
**Telephone (559) 224-1800**
**Facsimile (559) 224-1806**
**serita@seritarioslaw.com**

Attorney for Defendant TAMILENE CISNEROS

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>TAMILENE CISNEROS,<br><br>　　　　　　Defendant. | Case No. 1:18-CR-00182-LJO-SKO<br><br>**STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE TO PERMIT OUT OF DISTRICT TRAVEL** |

　　　　IT IS HEREBY STIPULATED by and between the defendant, TAMILENE CISNEROS, through her counsel of record, Serita Rios, and the United States of America, by and through its counsel, Laura Withers, Assistant United States Attorney, that Ms. Cisneros' conditions of release be modified to permit her to travel out of the Eastern District on November 28th through December 1st, 2019.

　　　　In support of this stipulation the following is offered:

　　　　1.　　Ms. Cisneros is presently on pretrial supervision and subject to home electronic monitoring with a curfew. Her travel is limited by the conditions of her release.

2. Ms. Cisneros is requesting permission to travel to the Central District of California in order to visit her mother and family for the holiday, Ms. Cisneros has not seen her mother in 17 years.

3. Defense counsel has informed Assistant United States Attorney, Laura Withers, and Pre-Trial Services Officer Francisco Guerrero of this request and provided the address of the relative's home where Ms. Cisneros will stay during her travel.

4. Ms. Cisneros is requesting permission to travel from Thursday, November 28th through Sunday, December 1st, 2019.

5. Ms. Cisneros has been in full compliance with her pretrial supervision.

IT IS SO STIPULATED.

Dated: November 13, 2019  /s/ SERITA RIOS
_____
**Serita Rios**
Attorney for Defendant


Dated: November 13, 2019  /s/ LAURA WITHERS
_____
**LAURA WITHERS**
Assistant United States Attorney

**ORDER**

Good cause appearing, the conditions of release for defendant, TAMILENE CISNEROS, shall be modified to permit her to travel out of the Eastern District beginning Thursday, November 28th through Sunday, December 1st, 2019.

**IT IS SO ORDERED.**

IT IS SO ORDERED.

Dated: __November 13, 2019__

UNITED STATES MAGISTRATE JUDGE