Serita Rios, SBN# 246568
Law Office of Serita Rios
2014 Tulare Street, Suite 600
Fresno, California 93721
Telephone (559) 224-1800
Facsimile (559) 224-1806
serita@seritarioslaw.com

Attorney for Defendant TAMILENE CISNEROS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>       vs.<br><br>TAMILENE CISNEROS,<br><br>                    Defendant. | Case No.  1:18-CR-00182-NONE<br><br>STIPULATION AND ORDER<br>TO MODIFY CONDITIONS<br>OF PRETRIAL RELEASE TO PERMIT<br>SURRENDER OF PASSPORT |

IT IS HEREBY STIPULATED by and between the defendant, TAMILENE CISNEROS, through her counsel of record, Serita Rios, and the United States of America, by and through its counsel, Laura Withers, Assistant United States Attorney, that Ms. Cisneros' conditions of release be modified to include the following:

1. You must surrender your Mexican passport to the Clerk, U.S. District Court, and you must not apply for or obtain a passport or any other travel documents during the pendency of this case.

2. All previously imposed conditions of release not in conflict with this order remain in full force and effect.

The basis for this request is as follows:

The parties were recently advised that Ms. Cisneros obtained a Mexican passport at the direction of her immigration attorney in order to complete the process of obtaining a U-Visa. At the direction of Pretrial Services, Ms. Cisneros has relinquished her passport to defense counsel. In order for counsel to surrender the passports to the U.S. District Court it is necessary to modify her conditions as requested.

IT IS SO STIPULATED.

Dated: July 12, 2020                         /s/ Serita Rios
                                             _____
                                             **Serita Rios**
                                             Attorney for Defendant


Dated: July 12, 2020                         /s/ Laura Withers
                                             _____
                                             **LAURA WITHERS**
                                             Assistant U.S. Attorney

---

### ORDER

Good cause appearing, the conditions of release for defendant, TAMILENE CISNEROS, shall be modified to permit the surrender of her Mexican passport to the U.S. District Court.

IT IS SO ORDERED.

Dated:   **July 13, 2020**                   _____
                                             UNITED STATES DISTRICT JUDGE