Serita Rios, SBN# 246568
Law Office of Serita Rios
2014 Tulare Street, Suite 600
Fresno, California 93721
Telephone (559) 224-1800
Facsimile (559) 224-1806
serita@seritarioslaw.com

Attorney for Defendant TAMILENE CISNEROS

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No. 1:18-CR-00182-DAD-SKO |
| Plaintiff, | **TAMILENE CISNEROS' MOTION FOR RETURN OF PASSPORT; ORDER** |
| vs. | |
| TAMILENE CISNEROS, | |
| Defendant. | |

　　Defendant, TAMILENE CISNEROS, hereby moves the court for the return of her Mexican passport which was previously surrendered in accordance with her terms of pretrial release.

　　On July 15, 2020, Ms. Cisneros surrendered her Mexican passport (#G38065712) as instructed by her pretrial release officer. Her passport was filed with the Clerk of the Eastern District Court. (DKT #112)

　　On August 7, 2020, Ms. Cisneros was sentenced to 60 months of probation.

　　Ms. Cisneros has a hearing with United States Citizenship and Immigration Services scheduled for November 27, 2020 and has been instructed to bring her passport to the hearing.

**TAMILENE CISNEROS' MOTION FOR RETURN OF PASSPORT; [PROPOSED] ORDER**

Ms. Cisneros is respectfully requesting that her passport be released.

Dated: November 12, 2020 　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Serita Rios*

　　　　　　　　　　　　　　　　　　　　**Serita Rios**
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

--------------------------------------------------------------------------------

### ORDER

IT IS HEREBY ORDERED that the Clerk of the Court return Mexican passport #G38065712, posted in Dkt #112, to Tamilene Cisneros.

IT IS SO ORDERED.

Dated:   **November 13, 2020**　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

**TAMILENE CISNEROS' MOTION FOR RETURN OF PASSPORT; [PROPOSED] ORDER**